UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL LLORENS,<br><br>      *Plaintiff,*<br><br>      -against-<br><br>MICHAEL C. SLAVIN, MATTHEW MROCKZO, RYAN T. COLEMAN, MARCIN RATAJCZAK, AND,<br><br>      *Defendants.* | Civil No. 3:21-cv-01096-SVN |

## REQUEST TO APPOINT PRO BONO COUNSEL FOR PLAINTIFF

    Attorneys Charles D. Ray, James Emory Regan, and Joseph E. Boccia of McCarter & English, LLP, as replacement counsel for Attorney Ethan Ung, hereby request to be appointed by the Court as Plaintiff's *pro bono* counsel pursuant to Local Rule 83.10 and the Court's order granting Attorney Ung's Motion to Withdraw. Dkt. No. 37.

Dated: September 15, 2022
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
MICHAEL LLORENS

By: /s/ *Charles D. Ray*
    Charles D. Ray. (ct 13211)
    James Emory Regan. (ct 27282)
    Joseph E. Boccia. (ct 30617)
    McCARTER & ENGLISH, LLP
    City Place I, 36th Floor
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.: (860) 275-6700
    Fax: (860) 724-3397
        Email:  cray@mccarter.com
                   jregan@mccarter.com
                   jboccia@mccarter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

                                                           */s/ Charles D. Ray*
                                                           Charles D. Ray (ct 13211)

ME1 42244496v.1